**No. P68/89.**—Bar Zel Expediters *v.* United States, protest 62/16073 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of showcase locks in chief value of brass, steel, or iron; that following the principle of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), said locks are not locks of cylinder or pin tumbler construction; and that said locks are not cabinet locks or padlocks, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1968

**No. P68/90.**—The Rembar Co., Inc. *v.* United States, protests 65/4023, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of trays (boats) similar in all material respect to those the subject of *The Rembar Co., Inc.* v. *United States* (57 Cust. Ct. 239, C.D. 2774), the claim of the plaintiff was sustained.